■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL WALKER, Appellant. [824 NYS2d 740]—Appeal by the defendant from a judgment of the Supreme Court, Queens County

(Katz, J.), rendered August 24, 2004, convicting him of robbery in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the prosecutor's summation comments are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Balls,* 69 NY2d 641 [1986]; *People v Nieves,* 2 AD3d 539 [2003]) and we decline to review them in the exercise of our interest of justice jurisdiction. Goldstein, J.P., Spolzino, Skelos and Covello, JJ., concur.